No. 12–79. CHADBOURNE & PARKE LLP v. TROICE ET AL.;

No. 12–86. WILLIS OF COLORADO INC. ET AL. v. TROICE ET AL.; and

No. 12–88. PROSKAUER ROSE LLP v. TROICE ET AL. C. A. 5th Cir. Motions of Breazeale, Sachse & Wilson, LLP, and DRI–The Voice of the Defense Bar for leave to file briefs as *amici curiae* granted. Certiorari in No. 12–79 granted limited to Ques-

tion 1 presented by the petition. Certiorari in No. 12–86 granted. Certiorari in No. 12–88 granted limited to Question 1 presented by the petition. Cases consolidated, and a total of one hour is allotted for oral argument. Reported below: 675 F. 3d 503.